USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 10 2014
ARTHUR JOHNSTON
BY ______ DEPUTY

In the United States District Court

for the SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA
V.
ELIZEO MARTINEZ

CRIMINAL NUMBER: 3:14CR81DCB-LRA

FILED
DEC 19 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

Consent to Transfer of Case for Plea and Sentence
*(Under Rule 20)*

A14CR-384 SS

I, Elizeo Martinez, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the WESTERN District of Texas in which I, am under arrest, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: November 20, 2014 at 8:00 AM

x [signature]
*(Defendant)*
[signature]
*(Witness)*
[signature]
*(Counsel for Defendants)*
[signature]
*(Assistant United States Attorney)*

I hereby certify that this instrument, document No. 2, filed on 12-10-14 is a true and correct copy of the electronically filed original.
ATTEST: ARTHUR JOHNSTON
U. S. District Court, Southern District of Mississippi
By: [signature] Deputy Clerk

Approved

[signature]
United States Attorney for the Western District of Texas

[signature]
United States Attorney for the Southern District of Mississippi

CLOSED,LRA

**U.S. District Court**
**Southern District of Mississippi (Northern (Jackson))**
**CRIMINAL DOCKET FOR CASE #: 3:14-cr-00081-DCB-LRA All Defendants**

Case title: USA v. Martinez

Date Filed: 04/22/2014
Date Terminated: 12/10/2014

---

Assigned to: Honorable David C. Bramlette, III
Referred to: Magistrate Judge Linda R. Anderson

**Defendant (1)**

**Elizeo Martinez**
*TERMINATED: 12/10/2014*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| ESCAPE FROM FEDERAL PRISON (1) | Rule 20 transfer to the Western District of Texas. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

**Probation Jackson**

A TRUE COPY, I HEREBY CERTIFY.
ARTHUR JOHNSTON, CLERK
BY: [signature]
DEPUTY CLERK

---

**Plaintiff**

**USA** represented by **Jerry L. Rushing**

U. S. ATTORNEY'S OFFICE - Jackson

501 East Court Street
Suite 4.430
Jackson, MS 39201
601/973-2821
Fax: 601/965-4409
Email: jerry.rushing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2014 | 1 | Redacted Indictment as to Elizeo Martinez (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (ASJ) (Entered: 04/22/2014) |
| 04/22/2014 | 2 | *RESTRICTED* DOCUMENT (Unredacted Indictment) as to Elizeo Martinez (ASJ) (Entered: 04/22/2014) |
| 04/22/2014 | 3 | Praecipe for Warrant by USA as to Elizeo Martinez. (ASJ) (Entered: 04/22/2014) |
| 11/19/2014 | 5 | Arrest Warrant Returned Executed on 10/31/2014 in case as to Elizeo Martinez. (cwl) (Entered: 11/19/2014) |
| 12/10/2014 | 6 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Western District of Texas Counts closed as to Elizeo Martinez (1) Count 1. (cwl) (Entered: 12/11/2014) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 22 2014
ARTHUR JOHNSTON
BY ________ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

ELIZEO MARTINEZ

CRIMINAL NO. 3:14cr81DCB-LRA
18 U.S.C. § 751

The Grand Jury charges:

On or about December 13, 2013 in Yazoo County in the Northern Division of the Southern District of Mississippi, the defendant, **ELIZEO MARTINEZ**, did knowingly escape from custody of the Federal Correctional Institute, Yazoo City, Mississippi, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Florida upon convictions for the commission of Conspiracy to Distribute, and Possession with the intent to Distribute 5 Kilograms or more of a Mixture and Substance Containing a Detectable amount of Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii) and 846, all in violation of Section 751, Title 18, United States Code.

Gregory K. Davis
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 22nd day April, 2014.

Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE

I hereby certify that this instrument, document No. 1, filed on 4-22-14 is a true and correct copy of the electronically filed original.
ATTEST: ARTHUR JOHNSTON
U. S. District Court, Southern District of Mississippi
By: ________ Deputy Clerk

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI

RECEIVED
DEC 19 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

# MEMORANDUM

**TO:** Clerk, U. S. District Court, Western District. of Texas

**DATE:** December 11, 2014

**FROM:** ARTHUR JOHNSTON, CLERK
BY: C. Louisville, DEPUTY CLERK

**SUBJECT:** Consent to Transfer of Case for Plea
Rule 20 (out)

Pursuant to Consent of Transfer of Case for Plea and Sentence (under Rule 20), filed 12/10/2014, in the above styled criminal case, enclosed are certified copies of the Docket Sheet, Consent and Information.

Please do not hesitate to contact me if you need further assistance, (601) 608-4023.

Please acknowledge receipt of the above________________________________.
signature

Clerk, U. S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, MS 39201